1 | **COGBURN LAW OFFICES**
ANDREW L. REMPFER, ESQ.
Nevada Bar No. 8628
alr@cogburnlaw.com
JAMIE S. COGBURN, ESQ.
Nevada Bar No.: 8409
jsc@cogburnlaw.com
2879 St. Rose Parkway, Suite 200
Henderson, Nevada 89052
(702) 384-3616
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHANE HARRIS, an individual; GARIAN CARTER, an individual; DENISE HADDIX, an individual; individually and on behalf of all others similarly situated, | Case No: 2:14-cv-00244-RCJ-CWH |
| Plaintiffs, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| METLIFE AUTO & HOME INSURANCE AGENCY, INC., a foreign corporation; METROPOLITAN PROPERTY & CASUALTY INSURANCE, INC., a foreign corporation; a Nevada corporation; METROPOLITAN LIFE INSURANCE COMPANY, a foreign corporation; DOES I through V, inclusive; and ROE corporations I through V, inclusive, | |
| Defendants. | |

Plaintiffs, SHANE HARRIS, GARIAN CARTER and DENISE HADDIX ("Plaintiffs"), on behalf of themselves and all others similarly situated, by and through their law firm of Cogburn Law Offices, and Defendants METLIFE AUTO & HOME INSURANCE AGENCY, INC., et. al. (together the "Parties"), by and through their law firm of Morgan, Lewis & Bockius, LLP, hereby stipulate as follows:

    1.    The Parties agree to dismiss this case in its entirety, with prejudice; and,

    2.    Each side shall bear their own attorneys' fees and costs.

/ / /

/ / /

| | |
|---|---|
| Respectfully Submitted By: | Respectfully Submitted By: |
| COGBURN LAW OFFICES | MORGAN, LEWIS BOCKIUS |
| By:/s/ Andrew L. Rempfer, Esq. | By:/s/ Christopher A. Parlo, Esq. |
| Andrew L. Rempfer, Esq. | Christopher A. Parlo, Esq. |
| Attorney for Plaintiffs | Attorneys for Defendants |
| | *Pro Hac Vice* |
| | Respectfully Submitted By: |
| | PRINCE & KEATING |
| | By:/s/ Dennis Prince, Esq. |
| | Attorneys for Defendants |

IT IS SO ORDERED.

Dated February 9, 2015.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

**COGBURN LAW OFFICES**
2879 St. Rose Pkwy., Suite 200
Henderson, Nevada 89052
(702) 384-3616 FAX: (702) 943-1936